IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>  Plaintiff,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI TECHNOLOGIES USA INC.,<br><br>  Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 6:20-cv-00890<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' RULE 41(a)(1)(A)(i) NOTICE OF**
**<u>DISMISSAL WITHOUT PREJUDICE</u>**

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff in the above-captioned action give notice that Defendants are voluntarily dismissed without prejudice. Defendants have not filed an answer or a motion for summary judgment in this matter.

Dated: October 2, 2020          Respectfully submitted,

          */s/ James L. Etheridge*
           James L. Etheridge
           Texas State Bar No. 24059147
          ETHERIDGE LAW GROUP, PLLC
          2600 E. Southlake Blvd., Suite 120 / 324
          Southlake, Texas 76092
          Telephone: (817) 470-7249
          Facsimile: (817) 887-5950

          Jim@EtheridgeLaw.com
          **COUNSEL FOR PLAINTIFF**

1

## **CERTIFICATE OF SERVICE**

    I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system on October 2, 2020.

                                       */s/ James L. Etheridge*
                                       James L. Etheridge